**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 12-6040**

—————

LARRY DURRANCE,

Plaintiff – Appellant,

v.

LAVERN COHEN, Warden; DR. MOORE, Medical Director; DR. HAMMOCK, resident MD; NURSE DAVIS, RN, Head Nurse; NURSE CANADY, LPN; NURSE SIMMONS, LPN,

Defendants – Appellees.

—————

Appeal from the United States District Court for the District of South Carolina, at Charleston. J. Michelle Childs, District Judge. (2:11-cv-00368-JMC)

—————

Submitted: March 15, 2012          Decided: March 20, 2012

—————

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Larry Durrance, Appellant Pro Se. Jason Franklin Ward, HOWELL, GIBSON & HUGHES, PA, Beaufort, South Carolina, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Durrance appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2011). The magistrate judge recommended that relief be denied and advised Durrance that failure to file timely and specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Durrance has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2